IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| VICTORIA MICHELLE DE LA CRUZ | ) | CAUSE NO: 13-00754 |
| JULIO DE LA CRUZ | ) | CHAPTER 13 |
| DEBTORS | ) | |

## U.S. BANK NATIONAL ASSOCIATION
## OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN

Creditor, U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of June 1, 2004, among Citigroup Mortgage Loan Trust Inc., National City Mortgage Co. and U.S. Bank National Association. A secured claimant in the above-captioned Chapter 13 bankruptcy objects to the Debtors' Chapter 13 Plan for the following reasons:

1. On June 24, 2003, Debtors' signed a Note ("Note"). A copy is attached as Exhibit "A".

2. The Note is secured by a recorded mortgage of property more commonly known as 1129 N Harvey Ave, Oak Park, IL 60302. A copy is attached as Exhibit "B".

3. Debtors' filed a proposed Chapter 13 Plan that understates the pre-petition arrearage as of the date of filing. According to the Creditor, the pre-petition arrearage is $147,059.51.

4. If the Chapter 13 Plan is confirmed, Creditor's interest will not be adequately protected and the full value of the collateral will not be recovered.

{File: 01042059.DOCX}

WHEREFORE, U.S. Bank National Association, as Trustee under the Pooling and Servicing Agreement, dated as of June 1, 2004, among Citigroup Mortgage Loan Trust Inc., National City Mortgage Co. and U.S. Bank National Association, Prays that the Chapter 13 Plan of the Debtors' be denied and for all other relief just and proper in the premises.

DATED: February 14, 2013

By: /s/ Phillip A. Pluister
Phillip A. Pluister, #26544-64
BURKE COSTANZA & CARBERRY LLP
9191 Broadway
Merrillville, IN 46410
Telephone: (219) 769-1313

## CERTIFICATE OF SERVICE

I certify that on February 14, 2013, service of true and complete copies of the attached pleading was made upon the following Distribution List herein, by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed.

By: /s/ Phillip A. Pluister
Phillip A. Pluister

**Distribution:**
Debtors': Victoria Michelle De La Cruz and Julio De La Cruz, 1129 N. Harvey Avenue, oak Park, IL 60302
Debtors' Attorney: Richard G. Fonfrias, 70 West Madison Suite 1400, Chicago, IL 60602
Standing Trustee: Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
U.S. Trustee: Patrick S. Layng, 219 S. Dearborn St., Room 873, Chicago, IL 60604

{File: 01042059.DOCX}