## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Victoria Michelle De La Cruz and Julio De La Cruz,

DEBTORS.

Case No. 13 B 00754
Chapter 13

Judge Jacqueline P. Cox

## NOTICE OF MOTION

TO: US Trustee's Office, 219 S. Dearborn, Rm. 873, Chicago, IL 60604 (by ECF)
Tom Vaughn, Chapter 13 Trustee (by ECF)
Citibank, P.O. Box 790110, St. Louis, MO 63179-0110
Ocwen Loan Servicing, 12650 Ingenuity Drive, Orlando, FL 32826

PLEASE TAKE NOTICE that on April 15, 2013, at 9:00 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cox or any other Bankruptcy Judge presiding in her place in Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, on the attached Motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was either electronically delivered to the above persons or paper mailed to the parties above by depositing in the U.S. Mail on April 2, 2013.

/s/ Richard Fonfrias

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Victoria Michelle De La Cruz and Julio De La Cruz,

DEBTORS.

Case No. 13 B 00754
Chapter 13

Judge Jacqueline P. Cox

## MOTION TO DETERMINE VALUE OF COLLATERAL

Now come VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ by and through their attorney Fonfrias Law Group, LLC, and move this Honorable Court pursuant to 11 U.S.C. §§ 506(a) and (d), 11 U.S.C. § 1322, 28 U.S.C. § 157(b)(2)(K), and Fed. R. Bankr. Pro. 3012, and in support thereof respectfully represent as follows:

1. That on January 9, 2013, Debtors filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization.

2. That this Court has jurisdiction pursuant to §§ 151 and 157 of the US Bankruptcy Code.

3. That this is a core proceeding within the meaning of 28 U.S.C. §157(b)(1) and (2).

4. That venue is proper pursuant to 28 U.S.C. §1409.

5. That this case has not been confirmed.

6. That Debtors are the owners of real estate commonly known as 1129 North Harvey Avenue, Oak Park, Illinois 60302 (hereinafter "Subject Real Estate"), PIN: 16-05-108-016-0000.

7. That the Subject Real Estate is the Debtors' primary residence.

8. That PNC holds the first mortgage against the Subject Real Estate.

9. That the first mortgage was recorded on July 30, 2003, in the amount of $322,700.00 as Document No. 0321102001 with the Cook County Recorder of Deeds office. A proof of claim has not been filed, but the credit report on January 9, 2013, indicated a balance of $296,618.00.

10. PNC filed an assignment on April 30, 2010, to US Bank.

11. That a second mortgage with Citibank was recorded on May 16, 2006, in the amount of $120,000.00 as Document No. 0613649103 with the Cook County Recorder of Deeds office. No proof of claim has been filed.

12. That market comparables value the Subject Real Estate at $263,000.00.

13. That under 11 U.S.C. § 506(a)(1) and § 1322(b)(2), Citibank's second mortgage shall be classified as an unsecured claim only and shall be paid at the rate designated for general unsecured non-priority claims.

14. That the servicer of both loans is Ocwen Loan Servicing and has been included in the service list.

WHEREFORE, Debtors VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ respectfully pray this Court enter an order:

A. Valuing the Debtor's Subject Real Estate located at 1129 N. Harvey Ave., Oak Park, Illinois 60302, at $263,000.00;

B. Finding that Citibank's second mortgage is wholly unsecured, and

C. For such other and further relief as this Court deems fair and just.

Respectfully Submitted,
/s/ Richard Fonfrias
Attorney for Debtors

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730