UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 13-00754
Victoria Michelle De La Cruz and )
Julio De La Cruz, ) Chapter: 13
)
) Honorable Jacqueline Cox
)
)
Debtor(s) )

## ORDER DETERMINING VALUE OF COLLATERAL

This cause coming to be heard on Debtor's Motion to Determine Valuation of Collateral, all parties having been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED that:

1. That a first mortgage lien is held by US Bank on the property commonly known as 1219 N. Harvey, Oak Park, IL 60302, in the secured amount of approximately $296,618.00;

2. That Citibank holds a second mortgage lien on the property commonly known as 1219 N. Harvey, Oak Park, IL 60302, in the amount of approximately $120,000.00.

3. The Debtors' real estate commonly known as 1219 N. Harvey, Oak Park, IL 60302, PIN: 16-05-108-016-0000, in Cook County, Illinois, is valued at $263,000.00.

4. That the Court finds that Citibank's second lien claim has no collateral value.

5. Citibank shall retain its junior lien on Debtors' real property until the earlier of: (a) the payment of the underlying debt determined under non-bankruptcy law; or (b) discharge under Section 1328.

6. The junior lien shall be paid under the Plan as a general unsecured claim pursuant to 11 U.S.C. Section 506(a).

7. This order shall identify the real estate's PIN number.

Enter:

*Jacqueline P. Cox*

Dated: APR 15 2013

United States Bankruptcy Judge

**Prepared by:**
Fonfrias Law Group, LLC
70 West Madison
Suite 1400
Chicago, IL 60602

Rev: 20120501_bko