IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Victoria Michelle De La Cruz and Julio De La Cruz,

DEBTORS.

Case No. 13 B 00754
Chapter 13

Judge Jacqueline P. Cox

## NOTICE OF MOTION

TO:  US Trustee's Office, 219 S. Dearborn, Rm. 873, Chicago, IL 60604 (by ECF)
Tom Vaughn, Chapter 13 Trustee (by ECF)
Phillip A Pluister, Attorney for US Bank (by ECF)
Ocwen Loan Servicing, 1661 Worthington Road, Ste. 100, West Palm Beach, FL 33419
Ocwen Loan Servicing, 12650 Ingenuity Drive, Orlando, FL 32826

PLEASE TAKE NOTICE that on August 19, 2013, at 9:00 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cox or any other Bankruptcy Judge presiding in her place in Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, on the attached Motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was either electronically delivered to the above persons or paper mailed to the parties above by depositing in the U.S. Mail on August 9, 2013.

/s/ Richard Fonfrias

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: Victoria Michelle De La Cruz and Julio De La Cruz,<br><br>DEBTORS. | Case No. 13 B 00754<br>Chapter 13<br><br>Judge Jacqueline P. Cox |

## MOTION TO APPROVE LOAN MODIFICATION

Now come VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ by and through their attorney Fonfrias Law Group, LLC, and move this Honorable Court for entry of an Order Authorizing the Debtors to Enter into a Loan Modification, and in support thereof respectfully represent as follows:

1. That on January 9, 2013, Debtors filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization.

2. That this Court has jurisdiction pursuant to §§ 151 and 157 of the US Bankruptcy Code.

3. That this is a core proceeding within the meaning of 28 U.S.C. §157(b)(1) and (2).

4. That venue is proper pursuant to 28 U.S.C. §1409.

5. That this case has not been confirmed.

6. That Debtors are the owners of real estate commonly known as 1129 North Harvey Avenue, Oak Park, Illinois 60302 (hereinafter "Subject Real Estate"), PIN: 16-05-108-016-0000.

7. That the Subject Real Estate is the Debtors' primary residence.

8. That on June 24, 2003, Debtors signed a first mortgage note with National City Mortgage, now PNC, in the amount of $322,700.00.

9. That PNC assigned the loan to US Bank in April 2010.

10. That Ocwen Loan Servicing, LLC, as servicer for US Bank, has offered Debtors a loan modification.

11. That Debtors request that the loan modification be approved.

12. That Debtors also request shortened notice so that they may proceed to finalize the loan modification and get their Plan confirmed.

WHEREFORE, Debtors VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ respectfully pray this Court enter an order:

A. Approving the loan modification with Ocwen Loan Servicing, LLC, and

B. For such other and further relief as this Court deems fair and just.

Respectfully Submitted,
/s/ Richard Fonfrias
Attorney for Debtors

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730