**EXHIBIT "A"**

SUMMARY OF LOAN MODIFICATION TERMS

|  | *Original* | *Post- Modification* |
|---|---|---|
| *Interest Bearing Principal* | $418,978.09 | **$125,400.00** |
| *Monthly P&I Payment* | $1,833.19 | **$619.76** |
| *Interest rate* | 5.75% | **2%** |

Additional terms:

1. Modification terms are effective as of March, 2013 (Paid into Ch. 13 Plan).
2. Amortization period is 247 months.
3. Deferred principal balance of $293,578.09 shall be forgiven in equal installments over the next 3 years (in 3/2014, 3/2015 and 3/2016.)