UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 13-00754
Victoria Michelle De La Cruz and  )
Julio De La Cruz,  )   Chapter: 13
 )
 )   Honorable Jacqueline Cox
 )
 )
Debtor(s)  )

## ORDER APPROVING LOAN MODIFICATION WITH
## OCWEN LOAN SERVICING

This cause coming to be heard on Debtors' Motion to Approve Loan Modification, all parties having been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED that:

Debtors are permitted to enter into a loan modification with Ocwen Loan Servicing, LLC, for their real estate commonly known as 1219 N. Harvey, Oak Park, IL 60302, PIN: 16-05-108-016-0000, in Cook County, Illinois *as described in docket no. 49 herein. JC*

Enter: *Jacqueline P. Cox*
J.Cox

Dated: SEP - 9 2013                    United States Bankruptcy Judge

**Prepared by:**
Fonfrias Law Group, LLC
70 West Madison
Suite 1400
Chicago, IL 60602

Rev: 20120501_bko