## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: Victoria Michelle De La Cruz and Julio De La Cruz, <br><br> DEBTORS. | Case No. 13 B 00754 <br> Chapter 13 <br><br> Judge Jacqueline P. Cox |

### NOTICE OF MOTION

TO:  US Trustee's Office, 219 S. Dearborn, Rm. 873, Chicago, IL 60604 (by ECF)
Tom Vaughn, Chapter 13 Trustee (by ECF)
See attached Service List

PLEASE TAKE NOTICE that on February 24, 2014, at 9:00 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cox or any other Bankruptcy Judge presiding in her place in Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, on the attached Motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

### PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was either electronically delivered to the above persons or paper mailed to the parties above by depositing in the U.S. Mail on February 4, 2014.

/s/ Richard Fonfrias

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-00754<br>Northern District of Illinois<br>Chicago<br>Tue Feb  4 12:38:24 CST 2014 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Mobile<br>P.O. Box 37380<br>Albuquerque, NM 87176-7380 |
| Citibank<br>P.O. Box 790110<br>Saint Louis, MO 63179-0110 | City of Chicago<br>P.O. Box 6330<br>Chicago, IL 60680-6330 | City of Chicago Department of Finance<br>Bureau of Water Billing, Noticing<br>  and Customer Service<br>333 South State Street - Suite 330<br>Chicago, Illinois - IL 60604-3965 |
| Elmhurst Clinic<br>25847 Network Place<br>Chicago, IL 60673-1258 | Jefferson Capital Systems LLC<br>Purchased From COLLECT AMERICA, LTD<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br>Orig By: PNC BANK | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 |
| PNC Bank, Ocwen Loan Servicing<br>1661 Worthington Road, Ste. 100<br>West Palm Beach, FL 33409-6493 | US Bank Natl Assoc c/o<br>Kropik, Papuga & Shaw<br>120 S. Lasalle St., Suite 1500<br>Chicago, IL 60603-3572 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 |
| Julio De La Cruz<br>1129 N. Harvey Avenue<br>Oak Park, IL 60302-1139 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Richard G. Fonfrias<br>Fonfrias Law Group, LLC.<br>70 West Madison Suite 1400<br>Chicago, IL 60602-4267 |
| Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5713 | Victoria Michelle De La Cruz<br>1129 N. Harvey Avenue<br>Oak Park, IL 60302-1139 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, National Association | (u)U.S. Bank National Association, as Trustee | (du)Bank of America, National Association |
| (du)U.S. Bank National Association, as Truste | End of Label Matrix<br>Mailable recipients   16<br>Bypassed recipients    4<br>Total                 20 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Victoria Michelle De La Cruz and Julio De La Cruz,

DEBTORS.

Case No. 13 B 00754
Chapter 13

Judge Jacqueline P. Cox

### MOTION FOR LEAVE TO SUSPEND TRUSTEE PAYMENTS

Now come VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ (hereinafter, "Debtors") by and through their attorney Fonfrias Law Group, LLC, and move this Honorable Court for entry of an Order granting leave to suspend Trustee payments, and in support thereof respectfully represent as follows:

1. That on January 9, 2013, Debtors filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization.

2. That this Court has jurisdiction pursuant to §§ 151 and 157 of the US Bankruptcy Code.

3. That this is a core proceeding within the meaning of 28 U.S.C. §157(b)(1) and (2).

4. That venue is proper pursuant to 28 U.S.C. §1409.

5. That this case was confirmed on September 9, 2013, with a base balance of $53,532.15.

6. Debtors have made 11 timely trustee payments, or $21,334.46. See attached Exhibit A.

7. Debtors were just informed that one of their biggest customers is unable to pay them for work performed. Therefore, Debtors request that the next 3 payments for February 9, 2014, March 9, 2014, and April 9, 2014, be suspended.

8. Even with the 3-month suspension, Debtors will timely complete their Plan if they resume payments commencing May 9, 2014.

WHEREFORE, Debtors VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ respectfully pray this Court enter an order granting leave to suspend 3 Trustee payments and for such other and further relief as this Court deems fair and just.

Respectfully Submitted,
/s/ Richard Fonfrias
Attorney for Debtors

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730