## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| VICTORIA MICHELLE DE LA CRUZ | ) | CASE NO. 13-00754 |
| JULIO DE LA CRUZ | ) | |
| | ) | |
| DEBTORS | ) | JUDGE: JACQUELINE P COX |

### NOTICE OF MOTION

TO: **Victoria & Julio De La Cruz**, 1129 N. Harvey Ave, Oak Park, IL 60302 via US Mail
**Tom Vaughn, Trustee,** 55 E. Monroe, Suite 3850, Chicago, IL 60604 via ECF
& Attached Service List via US Mail

PLEASE TAKE NOTICE that on May 11, 2015 at 10:00 a.m. I shall appear before the Honorable JACQUELINE P. COX or any judge sitting in hear place or stead in Room 680 of the Federal Courthouse, located at 219 S. Dearborn Street in Chicago, Illinois and then and there present the attached Motion.

*/s/ Richard G. Fonfrias*
Richard G Fonfrias

### AFFIDAVIT OF SERVICE

The undersigned attorney hereby certifies that he served a copy of the attached Motion and this Notice of Motion on the above named person(s) by the manner described in the service list next to their respective name, for those served via ECF on April 24, 2015 and for those via First Class Mail by depositing such documents in the US Mail postage prepaid on or before April 24, 2015 at 5:00 p.m.

*/s/ Richard G. Fonfrias*
Richard G. Fonfrias

Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954

## SERVICE LIST

| | | |
|---|---|---|
| AT&T Mobile | Citibank | City of Chicago |
| P.O. Box 37380 | P.O. Box 790110 | P.O. Box 6330 |
| Albuquerque, NM 87176 | Saint Louis, MO 63179-0110 | Chicago, IL 60680-6330 |

City of Chicago Department of Finance
Bureau of Water Billing, Noticing
and Customer Service
333 South State Street - Suite 330
Chicago, Illinois - IL 60604

Elmhurst Clinic
25847 Network Place
Chicago, IL 60673

Jefferson Capital Systems LLC
Purchased From COLLECT AMERICA,
LTD
PO BOX 7999
SAINT CLOUD MN 56302-9617

PNC BANK
PO BOX 94982
CLEVELAND, OHIO 44101

PNC Bank, Ocwen Loan Servicing
1661 Worthington Road, Ste. 100
West Palm Beach, FL 33409

US Bank Natl Assoc c/o
Kropik, Papuga & Shaw
120 S. Lasalle St., Suite 1500
Chicago, IL 60603

Wells Fargo Bank, N.A.
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 50328-0001

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| | ) | |
| **VICTORIA MICHELLE DE LA CRUZ** | ) | **CASE NO. 13-00754** |
| **JULIO DE LA CRUZ** | ) | |
| | ) | |
| **DEBTORS** | ) | **JUDGE: JACQUELINE P COX** |

**MOTION TO MODIFY PLAN & SHORTEN NOTICE**

NOW COME Vicoria & Julio De La Cruz, by and through their attorney, Richard G Fonfrias, and moves this Honorable Court to Modify the Debtors' Chapter 13 plan, and in support thereof states as follows:

1. Debtors filed this petition for relief pursuant to Chapter 13 of Title 11 of the United States Code on January 9, 2013.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and 28 U.S.C. §§ 157(a) and (b).

3. This Court has jurisdiction pursuant to 28 U.S.C. § 157(b), as the Motion herein is a "core proceeding" within the meaning of 28 U.S.C. § 157(b)(2).

4. Venue is proper pursuant to 28 U.S.C. § 1409(a).

5. On September 9, 2013, the proposed Chapter 13 plan was confirmed.

6. The confirmed plan provides for the Debtor to make payments to the standing Chapter 13 Trustee of $42 monthly for 1 month and $1528.29 for 35 months, and for general unsecured creditors to receive 0% of their timely filed claims.

7. The confirmed plan included regular monthly payments to Ocwen Loan Servicing as a secured creditor holding a first mortgage on the Debtors residence.

8. Previously the Debtors had deferred 3 months of payments.

9. However at that time the Debtors forgot to increase the payments as needed to insure that the plan completed within a reasonable amount of time.

10. In order to insure that the plan completes within a reasonable amount of time, the Debtors seek to increase their plan payments from $1528.29 to $1728.29 for the remainder of the plan.

11. The Debtors request that the notice for this motion be shortened to the notice given.

12. No creditors will be prejudiced by the shortening of notice as by increasing the payment, the unsecured creditors will receive funds sooner.

13.  Pursuant to 11 U.S.C. §1329(a), at any time after confirmation of the plan but before the completion of payments under such plan, the plan may be modified, upon request of the debtor, the trustee, or the holder of an allowed unsecured claim, to — (1) increase or reduce the amount of payments on claims of a particular class provided for by the plan; (2) extend or reduce the time for such payments; or (3) alter the amount of the distribution to a creditor whose claim is provided for by the plan to the extent necessary to take account of any payment of such claim other than under the plan.

WHEREFORE, Debtors pray that this Honorable Court increase the plan payments from $1528.29 to $1728.29 for the remainder of the plan and for any other relief deemed necessary and just.

Respectfully submitted,

By: */s/ Richard G. Fonfrias*
Attorney for Debtor

Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954