UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-00754 |
| VICTORIA MICHELLE DE LA CRUZ | ) | |
| JULIO DE LA CRUZ | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN & SHORTENING NOTICE

On this matter coming before the court on Debtor's Motion to Modify Plan and Shorten Notice, shortened notice having been given and all parties present or represented by counsel and the court being fully advised in the premise, IT IS HEREBY ORDERED:

1. The notice required is shortened to the notice given.

2. The plan payment is increased from $1528.29 to $1728.29 for the remainder of the plan.

Dated: JUN - 1 2015

Enter:

United States Bankruptcy Judge

**Prepared by:**
Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954

Rev: 20130104_bko