**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| IN RE: | |
| VICTORIA MICHELLE DE LA CRUZ | CASE NUMBER: 13-00754 |
| JULIO DE LA CRUZ | CHAPTER 13 |
| DEBTORS | Hearing Date: December 7, 2015 |
| | Judge Jacqueline P. Cox |

## NOTICE OF MOTION

TO:   Victoria Michelle De La Cruz and Julio De La Cruz, 1129 N. Harvey Avenue, Oak Park, IL 60302
Richard G. Fonfrias, 70 West Madison Suite 1400, Chicago, IL 60602
Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
Patrick S. Layng, 219 S. Dearborn St., Room 873, Chicago, IL 60604

PLEASE TAKE NOTICE that on December 7, 2015 at 9:00 a.m. , or as soon thereafter as counsel may be heard, before the Honorable Judge Jacqueline P. Cox, Bankruptcy Judge, in Courtroom Number 680 usually occupied by her at  Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604, or before any other Bankruptcy Judge who may be sitting in her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

I, Phillip A. Pluister, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on November 24, 2015 and as to the Debtors' by causing same to be mailed in a properly addressed envelope, postage prepaid, from 156 S. Washington St, Valparaiso, IN 46383 before the hour of 5:00 PM on November 24, 2015.

/s/ Phillip A. Pluister
Attorney for Creditor

Phillip A. Pluister, #26544-64
**BURKE COSTANZA & CARBERRY LLP**
156 S. Washington St,
Valpairaiso, IN 46383
Telephone:  (219) 769-1313

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| IN RE:<br>VICTORIA MICHELLE DE LA CRUZ<br>JULIO DE LA CRUZ<br>          DEBTORS | CASE NUMBER: 13-00754<br>CHAPTER 13<br>Hearing Date: December 7, 2015<br>Judge Jacqueline P. Cox |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** Bank of America, National Association (hereinafter "Creditor"), by and through its attorneys, Burke Costanza & Carberry LLP moves this Honorable Court pursuant to 11 U.S.C. §554 for an Order granting Creditor relief from the automatic stay as to the real estate listed in Debtor's schedules as 4824 South Ada Street, Chicago, IL 60609 and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334;

2. The Debtors' are indebted to Creditor for which the movant claims a valid security interest this security interest arose from an Adjustable Rate Note ("Agreement") executed January 8, 2007 and Mortgage executed on January 8, 2007 in the amount of $176,000.00.  (Copies of the Agreement and Mortgage are attached as Exhibits A and B.)

3. The principal balance due Creditor on account of the indebtedness as of October 28, 2015, was $176,000.00.

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on January 9, 2013.

5. Creditor is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

a) The Debtors' defaulted in the performance of the terms and conditions of the Agreement and Mortgage by failing to pay the monthly payments as they became due the entire balance is now due.

b) The Estimated Payoff amount as of October 28, 2015 was $267,183.92.  That to the best of

Creditor's knowledge, no non-exempt equity exists in the subject properties or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

    c) The above is especially true when considering the cost of selling the property, as outlined below:

| | |
|---|---|
| Estimated Value: | $ 176,000.00 |
| | |
| Estimated Payoff | $-267,183.92 |
| Broker`s Commission | $- 70,000.00 |
| Other Closing Costs (estimated) | $- 2,000.00 |
| Grand Total | $-339,183.92 |
| | |
| Net Proceeds of Sale: | $-163,183.92 |
| (assuming no capital gains need to be paid) | |

    6.    Debtors' listed the property known as 4824 South Ada Street, Chicago, IL 60609, in Schedule A of their Schedules and Debtors' **declared a desire to surrender the collateral the property** on their Modified Chapter 13 Plan and has expressed an interest in executing a deed in lieu of foreclosure to Creditor.

    **7.**    This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

    **WHEREFORE**, Bank of America, National Association, prays this Court enter an Order directing the Trustee to Abandon the real estate commonly known as 4824 South Ada Street, Chicago, IL 60609 to modify the automatic stay pursuant to 11 U.S.C. §362(d) as to Creditor, approving its post-petition fees and costs incurred, to waive the 14 day requirement under Rule 4001(a)(3), and for such other and further relief as this Court may deem just and proper.

DATED: November 24, 2015                    Respectfully Submitted,

                                                         BURKE COSTANZA & CARBERRY LLP

                                 By:  /s/ Phillip A. Pluister
                                         Phillip A. Pluister, #26544-64
                                         BURKE COSTANZA & CARBERRY LLP
                                         156 S. Washington St,
                                         Valparaiso, IN 46383
                                         Telephone:  (219) 769-1313

## CERTIFICATE OF SERVICE

     I certify that on November 24, 2015, service of true and complete copies of the attached Motion was made upon the following Distribution List herein, by depositing the same in the United States Mail, in envelopes properly addressed to each of them and with sufficient first class postage affixed.

                                                        By:  /s/ Phillip A. Pluister
                                                             Phillip A. Pluister

**Distribution:**
Debtors:  Victoria Michelle De La Cruz and Julio De La Cruz, 1129 N. Harvey Avenue, Oak Park, IL 60302
Debtors' Attorney: Richard G. Fonfrias, 70 West Madison Suite 1400, Chicago, IL 60602
Standing Trustee:  Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
U.S. Trustee: Patrick S. Layng, 219 S. Dearborn St., Room 873, Chicago, IL 60604