UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-00754 |
| VICTORIA MICHELLE DE LA CRUZ | ) | |
| JULIO DE LA CRUZ | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**ORDER MODIFYING AUTOMATIC STAY
AND ORDERING ABANDONMENT OF PROPERTY**

This cause coming on to be heard on the motion of Bank of America, National Association, to modify the restraining provisions of §362 of the Bankruptcy Code and to direct abandonment of the property, and due notice having been given, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the restraining provisions of §362 of the Bankruptcy Code are hereby modified to permit Bank of America, National Association to take possession of and foreclose its security interest or accept a deed in lieu of foreclosure in a certain property more commonly known as 4824 South Ada Street, Chicago, IL 60609, as provided by Illinois law and statute;

IT IS FURTHER ORDERED that the Trustee is directed to abandon the property from the bankruptcy estate.

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001(a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.

Enter: *Jacqueline P. Cox*
J. Cox

Dated: 12-7-15

United States Bankruptcy Judge

**Prepared by:**
Phillip A. Pluister, #26544-64
BURKE COSTANZA & CARBERRY LLP
156 S. Washington St,
Valparaiso, IN 46383
Phone (219) 769-1313
Fax (219) 769-6806
Attorney for Bank of America, National Association

Rev: 20120501_bko