# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| VICTORIA MICHELLE DE LA CRUZ | ) | CASE NO. 13-00754 |
| | ) | |
| | ) | |
| DEBTOR | ) | JUDGE: Jacqueline P. Cox |

## NOTICE OF MOTION

TO:  See attached service list.

    PLEASE TAKE NOTICE that on Monday, March 6, at 9:00 am, I shall appear before the Honorable JACQUELINE P. COX or any judge sitting in her place or stead in Courtroom 680 in the Federal Courthouse, located at 219 South Dearborn, Chicago, Illinois and then and there present the attached Objection to Notice of Mortgage Payment Change and Motion to Enforce Mortgage Modification Agreement, a copy of which is attached and hereby served upon you. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.

## PROOF OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B,4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, on January 17, 2017 I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List via US Mail.

                                                         /s/ Richard G. Fonfrias
                                                         Richard G. Fonfrias

Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| VICTORIA MICHELLE DE LA CRUZ | ) | CASE NO. 13-00754 |
| JULIO DE LA CRUZ; | ) | |
| | ) | |
| DEBTORS | ) | JUDGE: Jacqueline P. Cox |

**OBJECTION TO CREDITOR'S NOTICE OF MORTGAGE PAYMENT CHANGE AND MOTION TO ENFORCE MORTGAGE MODIFICATION AGREEMENT**

      NOW COMES the Debtors, Victoria Michelle De La Cruz and Julio De La Cruz, hereinafter "Debtors", by and through their attorney, Richard G. Fonfrias, and move this Honorable Court to Enforce the Modification Agreement made between the Debtors and Ocwen Loan Servicing, LLC, hereinafter "Ocwen". Debtors base their motion as follows:

      1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and the general orders of the Northern District of Illinois.

      2. Debtors' Chapter 13 Petition was filed January 9, 2013. The Chapter 13 Plan was confirmed on September 9, 2013.

      3. On August 9, 2013, Debtors filed a Motion to Approve Loan Modification. Debtors specifically noted in the motion that service was made to Ocwen at two of their offices as well as the office of Ocwen's legal counsel. *Exhibit A*.

      4. On September 7, 2013, Debtors filed a Summary of Loan Modification Terms which was entered into the case as Docket Entry 49. *Exhibit B*. The summary showed the following changes to the mortgage:
          a. Interest Bearing Principal changed from $418,978.09 to $125,400.00;
          b. Monthly Principal & Interest Payment changed from $1,833.19 to $619.76;
          c. Interest Rate changed from 5.75% to 2.00%.

      5. The modification changed the mortgage payment to $1,466.39 per month, of which $846.63 was to be applied to escrow and $619.76 was to be applied to principal and interest.

      6. Ocwen did not file a Response to Debtor's Motion or present any objection at the hearing held on September 9, 2013.

      7. When the Court granted the Motion to Approve Loan Modification, the Court specifically ordered the loan modification included the terms described in the Summary of Loan

Modification filed as Docket Entry 49. Further, this Court acknowledged that all parties, including Ocwen, had been given notice of the Motion. *Exhibit C*.

8. On September 9, 2013, this Court confirmed the Chapter 13 Plan which stated the total mortgage payment to Ocwen was set at $1,466.39 and was to be made through the Chapter 13 Trustee as part of the total plan payment. Ocwen was given notice of the Chapter 13 Plan and the subsequent Order confirming said Plan.

9. Ocwen did not file an objection to the confirmed plan nor did Ocwen move this Court to set aside the Order Approving the Loan Modification.

10. On December 23, 2013, the Trustee published the Periodic Report of Receipts and Disbursements. The report indicates Ocwen received $10,264.73 from the Trustee pursuant to the terms of the approved loan modification. Ocwen accepted this payment. *Exhibit D*.

11. For more than 3 years since the terms of the modification were approved by this Court, Debtors have continued to make the monthly payment of $1,466.39 to Ocwen each month through the Chapter 13 Plan and Ocwen has accepted these payments.

12. On October 25, 2016, without any basis or argument, Ocwen apparently sought to set aside the terms of the approved loan modification by filing a Notice of Mortgage Payment Change asking for the monthly payment to change to $2,926.28. Ocwen claims they are not bound by the terms of the loan modification as described in Docket entry 49 and ratified by this Court's Order.

13. Debtors concede the escrow amount due on this loan has increased. As outlined by Ocwen's Notice of Mortgage Payment Change, the increase is from $846.63 per month to $1,043.09 per month. As such, Debtor's admit the monthly amount due to Ocwen must increase by $196.46. Thus, the total due to Ocwen and paid through the Chapter 13 Trustee is $1,662.85 effective December 1, 2016. Debtors are prepared to make this new payment throughout the remainder of the Chapter 13 Plan and upon this Court's ruling on the instant motion, Debtors will file a modified plan reflecting this change.

14. The intent of the Bankruptcy Code is to rehabilitate the financial position of good faith debtors. This Court recognized this intent when the loan modification was approved and the Debtors' plan was confirmed. Ocwen is surreptitiously demanding approximately 50% more than they had bargained to receive when the plan was filed, published to the creditors and later confirmed. All of the data Ocwen currently has regarding the loan modification was available

when the modification was approved in September, 2013. Ocwen should not be allowed to act contrary to the loan modification approval given by this Court and to frustrate the intent of the Debtors to succeed with the terms of their confirmed plan.

WHEREFORE, Debtors ask this Court to reject the Notice of Mortgage Payment Change filed by Ocwen and enforce the terms of the approved mortgage modification as set forth in the Order of September 9, 2013.

DATED this 17th day of January, 2017.                    Respectfully submitted,


                                                         By: */s/ Richard G. Fonfrias*
                                                         Attorney for Debtor


Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 13-00754<br>Northern District of Illinois<br>Chicago<br>Tue Jan 17 10:44:17 CST 2017 | Ocwen Loan Servicing, LLC as servicer for U.<br>c/o Codilis & Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131-1605 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AT&T Mobile<br>P.O. Box 37380<br>Albuquerque, NM 87176-7380 | Bank of America, National Association<br>156 S. Washington St,<br>Valparaiso, IN 46383-5507 |
| Bank of America, National Association<br>c/o Phillip A Pluister<br>Burke Costanza & Carberry LLP<br>156 S Washington St<br>Valaparaiso IN 46383-5507 | Citibank<br>P.O. Box 790110<br>Saint Louis, MO 63179-0110 | City of Chicago<br>P.O. Box 6330<br>Chicago, IL 60680-6330 |
| City of Chicago Department of Finance<br>Bureau of Water Billing, Noticing<br>  and Customer Service<br>333 South State Street - Suite 330<br>Chicago, Illinois - IL 60604-3965 | Elmhurst Clinic<br>25847 Network Place<br>Chicago, IL 60673-1258 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | PNC Bank, Ocwen Loan Servicing<br>1661 Worthington Road, Ste. 100<br>West Palm Beach, FL 33409-6493 | Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| US Bank Natl Assoc c/o<br>Kropik, Papuga & Shaw<br>120 S. Lasalle St., Suite 1500<br>Chicago, IL 60603-3572 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 | Julio De La Cruz<br>1129 N. Harvey Avenue<br>Oak Park, IL 60302-1139 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Richard G. Fonfrias<br>Fonfrias Law Group, LLC.<br>70 West Madison Suite 1400<br>Chicago, IL 60602-4267 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |
| Victoria Michelle De La Cruz<br>1129 N. Harvey Avenue<br>Oak Park, IL 60302-1139 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
Purchased From COLLECT AMERICA, LTD
PO BOX 7999
SAINT CLOUD MN 56302-9617
Orig By: PNC BANK

# **EXHIBIT A**

Case 13-00754    Doc 77    Filed 01/17/17    Entered 01/17/17 10:57:19    Desc Main
Document      Page 6 of 18

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Victoria Michelle De La Cruz and Julio De La Cruz,

DEBTORS.

Case No. 13 B 00754
Chapter 13

Judge Jacqueline P. Cox

## NOTICE OF MOTION

TO: US Trustee's Office, 219 S. Dearborn, Rm. 873, Chicago, IL 60604 (by ECF)
Tom Vaughn, Chapter 13 Trustee (by ECF)
Phillip A Pluister, Attorney for US Bank (by ECF)
Ocwen Loan Servicing, 1661 Worthington Road, Ste. 100, West Palm Beach, FL 33419
Ocwen Loan Servicing, 12650 Ingenuity Drive, Orlando, FL 32826

PLEASE TAKE NOTICE that on August 19, 2013, at 9:00 A.M. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cox or any other Bankruptcy Judge presiding in her place in Courtroom 680 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, on the attached Motion, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Notice and Motion was either electronically delivered to the above persons or paper mailed to the parties above by depositing in the U.S. Mail on August 9, 2013.

/s/ Richard Fonfrias

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Victoria Michelle De La Cruz and Julio De La Cruz,

DEBTORS.

Case No. 13 B 00754
Chapter 13

Judge Jacqueline P. Cox

## MOTION TO APPROVE LOAN MODIFICATION

Now come VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ by and through their attorney Fonfrias Law Group, LLC, and move this Honorable Court for entry of an Order Authorizing the Debtors to Enter into a Loan Modification, and in support thereof respectfully represent as follows:

1. That on January 9, 2013, Debtors filed a petition for bankruptcy protection under Chapter 13 of the US Bankruptcy Code and a plan of reorganization.

2. That this Court has jurisdiction pursuant to §§ 151 and 157 of the US Bankruptcy Code.

3. That this is a core proceeding within the meaning of 28 U.S.C. §157(b)(1) and (2).

4. That venue is proper pursuant to 28 U.S.C. §1409.

5. That this case has not been confirmed.

6. That Debtors are the owners of real estate commonly known as 1129 North Harvey Avenue, Oak Park, Illinois 60302 (hereinafter "Subject Real Estate"), PIN: 16-05-108-016-0000.

7. That the Subject Real Estate is the Debtors' primary residence.

8. That on June 24, 2003, Debtors signed a first mortgage note with National City Mortgage, now PNC, in the amount of $322,700.00.

9. That PNC assigned the loan to US Bank in April 2010.

10. That Ocwen Loan Servicing, LLC, as servicer for US Bank, has offered Debtors a loan modification.

11. That Debtors request that the loan modification be approved.

12. That Debtors also request shortened notice so that they may proceed to finalize the loan modification and get their Plan confirmed.

WHEREFORE, Debtors VICTORIA M. DE LA CRUZ and JULIO DE LA CRUZ respectfully pray this Court enter an order:

A. Approving the loan modification with Ocwen Loan Servicing, LLC, and

B. For such other and further relief as this Court deems fair and just.

Respectfully Submitted,
/s/ Richard Fonfrias
Attorney for Debtors

Richard Fonfrias #6237079
Fonfrias Law Group, LLC
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730

# **EXHIBIT B**

**EXHIBIT "A"**

SUMMARY OF LOAN MODIFICATION TERMS

|  | *Original* | *Post- Modification* |
|---|---|---|
| *Interest Bearing Principal* | $418,978.09 | **$125,400.00** |
| *Monthly P&I Payment* | $1,833.19 | **$619.76** |
| *Interest rate* | 5.75% | **2%** |

Additional terms:

1. Modification terms are effective as of March, 2013 (Paid into Ch. 13 Plan).
2. Amortization period is 247 months.
3. Deferred principal balance of $293,578.09 shall be forgiven in equal installments over the next 3 years (in 3/2014, 3/2015 and 3/2016.)

# **EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Victoria Michelle De La Cruz and<br>Julio De La Cruz,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-00754<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

## ORDER APPROVING LOAN MODIFICATION WITH
## OCWEN LOAN SERVICING

This cause coming to be heard on Debtors' Motion to Approve Loan Modification, all parties having been given notice thereof, and the Court being duly advised, IT IS HEREBY ORDERED that:

Debtors are permitted to enter into a loan modification with Ocwen Loan Servicing, LLC, for their real estate commonly known as 1219 N. Harvey, Oak Park, IL 60302, PIN: 16-05-108-016-0000, in Cook County, Illinois *as described in docket no. 49 herein.* JC

Enter: *Jacqueline P. Cox*
J. Cox

Dated: SEP - 9 2013

United States Bankruptcy Judge

**Prepared by:**
Fonfrias Law Group, LLC
70 West Madison
Suite 1400
Chicago, IL 60602

Rev: 20120501_bko

**EXHIBIT D**

TRUSTEE'S PERIODIC REPORT OF RECEIPTS AND DISBURSEMENTS

VICTORIA MICHELLE DE LA CRUZ  
JULIO DE LA CRUZ  
1129 N HARVEY AVE  
OAK PARK, IL  60302  

AKA:  
AKA:  

DATE: 12/23/13  
CASE: 13 B 00754  
FILED: 01/09/2013  
341 MEETING: 03/12/2013  
CONFIRMED: 09/09/2013  

SSN1: XXX-XX-3912    SSN2: XXX-XX-0543

ATTORNEY FOR DEBTOR:   (312)969-0730  
FONFRIAS LAW GROUP LLC  
70 W MADISON ST #1400  
CHICAGO, IL  60602  

TERM OF PLAN 36/99  
MONTHS SINCE CONFIRMED: 3  
JUDGE: JACQUELINE P COX  
REGION: CHICAGO  
DISPOSITION: ELIGIBLE FOR AUDIT  

Through the above date, the Debtor has paid the Trustee a total of $16,749.59  
The plan payments are   $1,528.29   MONTHLY               *11 months payments*

Funds on hand total   $3,393.06

The plan provides for a total payment of $53,532.15.  
It is estimated unsecured creditors will receive 1.22%.

Debtor receipts during the past six months have been:

[07/08/13->]   1,528.29]   [08/06/13->]   3,056.58]   [09/10/13->]   1,528.29]   [10/09/13->]   1,528.39]   [11/13/13->]   1,528.39]  
[12/10/13->]   1,528.39]

# INDICATES PAYROLL DEDUCTION

| Creditor Name | CLAIM AMT | DISB LVL | MO. PYMT | MO. PMT ARREARS | VARIABLE BALANCE | NET DISBURSEMENTS - LAST SIX MONTHS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Jul | Aug | Sep | Oct | Nov | Dec |
| ATTORNEY'S FEE DIRECT | 3,500.00 | | | | | | | | | | |
| ATTORNEY'S FEE IN PLAN | 0.00 | A/20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK 1ST MTG | 7677.93 | U/33 | 0.00 | 0.00 | 57.28 | 0.00 | 0.00 | 0.00 | 0.00 | 36.62 | 0.00 |
| BANK OF AMERICA NA MTG | NOT FILED | H/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NATIONAL MTG | NOT FILED | H/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS PNC | 29672.91 | U/33 | 0.00 | 0.00 | 221.36 | 0.00 | 0.00 | 0.00 | 0.00 | 141.54 | 0.00 |
| CITY OF CHICAGO DEPT OF REVEN | NOT FILED | U/33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ELMHURST MEMORIAL | NOT FILED | U/33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T MOBILE LEASE | NOT FILED | N/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC 1ST MTG SURRENDERING | | M/99 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC @09/13 LOAN MOD | CONTINUIN | M/10 | 1,466.39 | 36659.75 | 36,659.75 | 0.00 | 0.00 | 0.00 | 10264.73 | 1466.39 | 0.00 |
| CITIBANK SEE R11 | | M/99 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK @4/13 PAY AS UNSEC | NOT FILED | G/33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | 157705.87 | U/33 | 0.00 | 0.00 | 1,176.48 | 0.00 | 0.00 | 0.00 | 0.00 | 752.26 | 0.00 |
| CITY OF CHICAGO WATER DEPT SEE R14 | 1782.64 | Y/90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | 1782.64 | G/33 | 0.00 | 0.00 | 13.30 | 0.00 | 0.00 | 0.00 | 0.00 | 8.50 | 0.00 |
| CITY OF CHICAGO WATER DEPT SEE R16 | 1112.45 | Y/90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | 1112.45 | G/33 | 0.00 | 0.00 | 8.30 | 0.00 | 0.00 | 0.00 | 0.00 | 5.31 | 0.00 |
| DEBTOR REFUNDS | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOM VAUGHN | 2730.66 | T/00 | 0.00 | 0.00 | 2049.48 | | | | 551.63 | 129.55 | |
| | 203577.55 | | 1466.39 | 36659.75 | 40185.95 | | | | | | |
| | | | | | 3393.06 | FUNDS ON HAND | | | | | |
| | | | | | 36792.89 | VARIABLE BALANCE | | | | | |

*10264.73 = 7x*

* AMOUNTS FOLLOWED BY AN ASTERISK (*) ARE DEBTS AS SCHEDULED IN THE PLAN *

THE VARIABLE BALANCE ON THIS REPORT IS NOT A PAY-OFF BALANCE AND IS SUBJECT TO CHANGE UNDER THE TERMS OF THE CONFIRMED PLAN.

TOM VAUGHN  
CHAPTER 13 TRUSTEE  
55 E. MONROE STREET, SUITE 3850  
CHICAGO, IL  60603  
(312)294-5900  
fax: 312-341-7168  
email: chiweb@tvch13.net  

Page 1 of 1                                                                 DLP

CASE STATUS REPORT

In Re: VICTORIA MICHELLE DE LA CRUZ
JULIO DE LA CRUZ
1129 N HARVEY AVE
OAK PARK, IL 60302

DATE: 1/16/15
CASE NO. 13 B 00754
CURRENT STATUS OF CASE: OPEN CASE

DATE FILED: 1/9/13
341 DATE: 3/12/13
FUNDS ON HAND: $1,528.39
CONFIRMED DATE: 09/09/2013

Our records indicate the following

Through the above date, the debtor has paid the Trustee a total of $35,090.27.
The plan payments are $1,528.29 MONTHLY.

*[handwritten: 16,749.59  2013]*
*[handwritten: 16,812.29  2014]*

The debtor's attorney is

FONFRIAS LAW GROUP LLC
70 W MADISON ST #1400
CHICAGO, IL 60602

(312) 969-0730

*[handwritten: January 2014 payment 4,585.17]*

Payments received in last 12 months:

| [02/18/2014-> | $1,528.39] | [06/10/2014-> | $1,528.39] | [07/09/2014-> | $1,528.39] | [08/11/2014-> | $1,528.39] | [09/16/2014-> | $1,528.39] |
| [10/15/2014-> | $1,528.39] | [11/13/2014-> | $1,528.39] | [12/11/2014-> | $1,528.39] | [01/13/2015-> | $1,528.39] | | |

The plan balances are as follows

| CREDITOR NAME | CREDITOR TYPE | LAST DISB DATE | LAST DISB AMOUNT | DISBURSE ANNUAL | CLAIM AMOUNT | TOTAL TO BE PAID | INTEREST PAID | BALANCE OWED |
|---|---|---|---|---|---|---|---|---|
| FONFRIAS LAW GROUP LLC | ATTORNEY FEE | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| VICTORIA MICHELLE DE LA CRUZ | DEBTOR REFUND | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| PNC BANK | UNSECURED | 02/28/14 | 113.40 | $113.40 | 7,677.93 | 207.30 | 0.00 | PAID |
| 02/28/2014 $113.40 | | | | | | | | |
| BANK OF AMERICA NA | MORTGAGE NOTICES | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| US BANK NATIONAL | MORTGAGE NOTICES | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | UNSECURED | 02/28/14 | 438.27 | $438.27 | 29,672.91 | 801.17 | 0.00 | PAID |
| 02/28/2014 $438.27 | | | | | | | | |
| CITY OF CHICAGO DEPT OF REVENU | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| ELMHURST MEMORIAL | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| AT&T MOBILE | NOTICE ONLY | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC | CURRENT MORTGAGE | N/A | 0.00 | $0.00 | PD DIRECT | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC | CURRENT MORTGAGE | 12/31/14 | 1,458.08 | $13,509.75 | 0.00 | 0.00 | 0.00 | 4,086.93 |
| 01/31/2014 $1,466.39 | 02/28/2014 $1,466.39 | 03/31/2014 $222.14 | | 06/30/2014 $1,450.44 | | 07/31/2014 $1,510.05 | | |
| 08/29/2014 $1,510.05 | 09/30/2014 $1,510.05 | 10/31/2014 $1,458.08 | | 11/26/2014 $1,458.08 | | 12/31/2014 $1,458.08 | | |
| CITIBANK | CURRENT MORTGAGE | N/A | 0.00 | $0.00 | PD DIRECT | 0.00 | 0.00 | 0.00 |
| CITIBANK | SECURED PAID UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | UNSECURED | 02/28/14 | 2,329.32 | $2,329.32 | 157,705.87 | 4,258.06 | 0.00 | PAID |
| 02/28/2014 $2,329.32 | | | | | | | | |
| CITY OF CHICAGO WATER DEPT | SECURED NOT IN PLAN | N/A | 0.00 | $0.00 | 1,782.64 | 1,782.64 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | SECURED PAID UNSECURED | 02/28/14 | 26.33 | $26.33 | 1,782.64 | 48.13 | 0.00 | PAID |
| 02/28/2014 $26.33 | | | | | | | | |
| CITY OF CHICAGO WATER DEPT | SECURED NOT IN PLAN | N/A | 0.00 | $0.00 | 1,112.45 | 1,112.45 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | SECURED PAID UNSECURED | 02/28/14 | 16.43 | $16.43 | 1,112.45 | 30.04 | 0.00 | PAID |
| 02/28/2014 $16.43 | | | | | | | | |
| TOM VAUGHN | TRUSTEE FEE | | | | 1706.98 | 1706.98 | | 197.06 |

Projected Total Due: $4,283.99
Funds on Hand: $1,528.39
Unaudited Total Due: $2,755.60

CASE STATUS REPORT

```
In Re:    VICTORIA MICHELLE DE LA CRUZ                                    DATE: 1/15/16
          JULIO DE LA CRUZ                                                CASE NO. 13 B 00754
          1129 N HARVEY AVE                                               CURRENT STATUS OF CASE: OPEN CASE
          OAK PARK, IL 60302

                                                                          DATE FILED: 1/9/13
                                                                          341 DATE: 3/12/13
Our records indicate the following:                                       FUNDS ON HAND: $1,647.16
                                                                          CONFIRMED DATE: 09/09/2013
```

Through the above date, the debtor has paid the Trustee a total of $55,430.75.
The plan payments are $1,728.29 MONTHLY.

The debtor's attorney is

    FONFRIAS LAW GROUP LLC           (312) 969-0730
    70 W MADISON ST #1400
    CHICAGO, IL 60602

Payments received in last 12 months:

| [02/10/2015-> | $1,528.39] | [03/09/2015-> | $1,528.39] | [05/19/2015-> | $3,456.78] | [06/10/2015-> | $1,728.39] | [07/08/2015-> | $1,728.39] |
| [08/10/2015-> | $1,728.29] | [09/09/2015-> | $1,728.39] | [10/08/2015-> | $1,728.29] | [11/09/2015-> | $1,728.39] | [12/08/2015-> | $1,728.39] |
| [01/07/2016-> | $1,728.39] |

The plan balances are as follows:

| CREDITOR NAME | CREDITOR TYPE | LAST DISB DATE | LAST DISB AMOUNT | DISBURSE ANNUAL | CLAIM AMOUNT | TOTAL TO BE PAID | INTEREST PAID | BALANCE OWED |
|---|---|---|---|---|---|---|---|---|
| FONFRIAS LAW GROUP LLC | ATTORNEY FEE | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| VICTORIA MICHELLE DE LA CRUZ | DEBTOR REFUND | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| PNC BANK | UNSECURED | 02/28/14 | 113.40 | $0.00 | 7,677.93 | 207.30 | 0.00 | PAID |
| BANK OF AMERICA NA | MORTGAGE NOTICES | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| US BANK NA | MORTGAGE NOTICES | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | UNSECURED | 02/28/14 | 438.27 | $0.00 | 29,672.91 | 801.17 | 0.00 | PAID |
| CITY OF CHICAGO DEPT OF REVENU | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| ELMHURST MEMORIAL | UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| AT&T MOBILE | NOTICE ONLY | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC | CURRENT MORTGAGE OUTSIDE | N/A | 0.00 | $0.00 | PD DIRECT | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC | CURRENT MORTGAGE | 12/31/15 | 1,647.16 | $19,312.52 | 0.00 | 0.00 | 0.00 | 2,371.09 |
| 01/30/2015 $1,458.08 | 02/27/2015 $1,458.08 | 03/31/2015 $1,458.08 | | 06/30/2015 $4,946.65 | | 07/31/2015 $1,683.45 | | |
| 08/31/2015 $1,683.35 | 09/30/2015 $1,683.45 | 10/30/2015 $1,647.06 | | 11/30/2015 $1,647.16 | | 12/31/2015 $1,647.16 | | |
| CITIBANK | CURRENT MORTGAGE OUTSIDE | N/A | 0.00 | $0.00 | PD DIRECT | 0.00 | 0.00 | 0.00 |
| CITIBANK | SECURED PAID UNSECURED | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | UNSECURED | 02/28/14 | 2,329.32 | $0.00 | 157,705.87 | 4,258.06 | 0.00 | PAID |
| CITY OF CHICAGO WATER DEPT | SECURED NOT IN PLAN | N/A | 0.00 | $0.00 | 1,782.64 | 1,782.64 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | SECURED PAID UNSECURED | 02/28/14 | 26.33 | $0.00 | 1,782.64 | 48.13 | 0.00 | PAID |
| CITY OF CHICAGO WATER DEPT | SECURED NOT IN PLAN | N/A | 0.00 | $0.00 | 1,112.45 | 1,112.45 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | SECURED PAID UNSECURED | 02/28/14 | 16.43 | $0.00 | 1,112.45 | 30.04 | 0.00 | PAID |
| SYNCHRONY BANK | NOTICE ONLY | N/A | 0.00 | $0.00 | NOT FILED | 0.00 | 0.00 | 0.00 |
| TOM VAUGHN | TRUSTEE FEE | | | | 2536.05 | 2536.05 | | 116.94 |

Projected Total Due: $2,488.03
Funds on Hand: $1,647.16
Fees Already Taken: $81.23
Unaudited Total Due: $759.64

TRUSTEE'S PERIODIC REPORT OF RECEIPTS

```
VICTORIA MICHELLE DE LA CRUZ                    DATE: 7/12/16
JULIO DE LA CRUZ                                CASE: 13 B 00754
1129 N HARVEY AVE                               FILED: 01/09/2013
OAK PARK, IL  60302                             341 MEETING: 03/12/2013
                                                CONFIRMED: 09/09/2013

                                                SSN1: XXX-XX-3912    SSN2: XXX-XX-0543

ATTORNEY FOR DEBTOR:    (312)969-0730           TERM OF PLAN 36/24
FONFRIAS LAW GROUP LLC                          MONTHS SINCE CONFIRMED: 34
70 W MADISON ST #1400                           JUDGE: JACQUELINE P COX
CHICAGO, IL  60602                              REGION: CHICAGO
                                                DISPOSITION: OPEN CASE
```

Through the above date, the Debtor has paid the Trustee a total of $65,801.09
The plan payments are    $1,728.29    MONTHLY

Funds on hand total    $1,647.16

The plan provides for a total payment of $ 55,132.15
The plan provides for a minimun percentage to general unsecured creditors of 0.00%.
It is estimated, based on claims filed and payments proposed that general unsecured creditors will receive a percentage of approximately 2.70%.

Debtor receipts during the past six months have been:

[02/09/16->  1,728.39]   [03/08/16->  1,728.39]   [04/08/16->  1,728.39]   [05/09/16->  1,728.39]   [06/08/16->  1,728.39]
[07/08/16->  1,728.39]

# INDICATES PAYROLL DEDUCTION

| Creditor Name | CLAIM AMT | DISB LVL | MO. PYMT | MO. PMT ARREARS | VARIABLE BALANCE | NET DISBURSEMENTS - LAST SIX MONTHS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Feb | Mar | Apr | May | Jun | Jul |
| ATTORNEY'S FEE DIRECT | 3,500.00 | | | | | | | | | | |
| ATTORNEY'S FEE IN PLAN | 0.00 | A/20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AT&T MOBILE LEASE | NOT FILED | N/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA | NOT FILED | H/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK SEE R11 | 0.00 | m/99 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK @4/13 PAY AS UNSEC; STRIPPED | NOT FILED | G/33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVEN | NOT FILED | U/33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT SEE R14 | 1782.64 | Y/90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | 1782.64 | G/33 | 0.00 | 0.00 | PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT SEE R16 | 1112.45 | Y/90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | 1112.45 | G/33 | 0.00 | 0.00 | PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ELMHURST MEMORIAL | NOT FILED | U/33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LL PNC | 29672.91 | U/33 | 0.00 | 0.00 | PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK 1ST MTG | 7677.93 | U/33 | 0.00 | 0.00 | PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC @12/15 STAY MOD & ORDERING ABANDOMENT OF PROPERTY | 0.00 | m/99 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK OCWEN LOAN SVC @09/13 LOAN MOD | CONTINUIN | M/10 | 1,466.39 | 5685.64 | 5,685.64 | 1647.16 | 1647.16 | 1647.16 | 1647.16 | 1647.16 | 0.00 |
| SYNCHRONY BANK | NOT FILED | N/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK NA MTG | NOT FILED | H/99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | 157705.87 | U/33 | 0.00 | 0.00 | PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEBTOR REFUNDS | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOM VAUGHN | 3186.89 | T/00 | 0.00 | 0.00 | 280.40 | 81.23 | 81.23 | 81.23 | 81.23 | 81.23 | 81.23 |
| | 204033.78 | | 1466.39 | 5685.64 | 5966.04 | | | | | | |
| | | | | | 1647.16 | FUNDS ON HAND | | | | | |
| | | | | | 81.23 | FEES ALREADY TAKEN | | | | | |
| | | | | | 4237.65 | VARIABLE BALANCE | | | | | |

* AMOUNTS FOLLOWED BY AN ASTERISK (*) ARE DEBTS AS SCHEDULED IN THE PLAN *

THE VARIABLE BALANCE ON THIS REPORT IS NOT A PAY-OFF BALANCE AND IS SUBJECT TO CHANGE UNDER THE TERMS OF THE CONFIRMED PLAN.