# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| VICTORIA MICHELLE DE LA CRUZ | ) | CASE NO. 13-00754 |
| | ) | |
| | ) | |
| DEBTOR | ) | JUDGE: Jacqueline P. Cox |

## NOTICE OF WITHDRAWAL

TO:  See attached service list.

   PLEASE TAKE NOTICE that the Debtors' Motion to Enforce Mortgage Modification Agreement and Objection to Creditor's Notice of Mortgage Payment Change [Doc. 77], previously scheduled for hearing on March 6, 2017 at 9:00 AM before the Honorable Jacqueline P. Cox, in Courtroom 680 in the Federal Courthouse, located at 219 South Dearborn, Chicago, Illinois will NOT be presented and is withdrawn.

## PROOF OF SERVICE

I, the undersigned, an attorney, hereby state that pursuant to Section II, B,4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, on January 19, 2017 I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List via US Mail.

              /s/ Richard G. Fonfrias
              Richard G. Fonfrias

Richard G. Fonfrias
Fonfrias Law Group, LLC.
First National Plaza
70 West Madison Suite 1400
Chicago, IL 60602
312-969-0730
F: 312-624-7954

```
Label Matrix for local noticing              Ocwen Loan Servicing, LLC as servicer for U.   Recovery Management Systems Corporation
0752-1                                       c/o Codilis & Associates, P.C.                 25 SE Second Avenue Suite 1120
Case 13-00754                                15W030 North Frontage Road, Suite 100          Miami, FL 33131-1605
Northern District of Illinois                Burr Ridge, IL 60527-6921
Chicago
Tue Jan 17 10:44:17 CST 2017

U.S. Bankruptcy Court                        AT&T Mobile                                    Bank of America, National Association
Eastern Division                             P.O. Box 37380                                 156 S. Washington St,
219 S Dearborn                               Albuquerque, NM 87176-7380                     Valparaiso, IN 46383-5507
7th Floor
Chicago, IL 60604-1702


Bank of America, National Association        Citibank                                       City of Chicago
c/o Phillip A Pluister                       P.O. Box 790110                                P.O. Box 6330
Burke Costanza & Carberry LLP                Saint Louis, MO 63179-0110                     Chicago, IL 60680-6330
156 S Washington St
Valaparaiso IN 46383-5507


City of Chicago Department of Finance        Elmhurst Clinic                                (p)JEFFERSON CAPITAL SYSTEMS LLC
Bureau of Water Billing, Noticing            25847 Network Place                            PO BOX 7999
  and Customer Service                       Chicago, IL 60673-1258                         SAINT CLOUD MN 56302-7999
333 South State Street - Suite 330
Chicago, Illinois - IL 60604-3965


PNC BANK                                     PNC Bank, Ocwen Loan Servicing                 Synchrony Bank
PO BOX 94982                                 1661 Worthington Road, Ste. 100                c/o Recovery Management Systems Corp.
CLEVELAND, OHIO 44101-4982                   West Palm Beach, FL 33409-6493                 25 S.E. 2nd Avenue, Suite 1120
                                                                                            Miami, FL 33131-1605


US Bank Natl Assoc c/o                       Wells Fargo Bank, N.A.                         Julio De La Cruz
Kropik, Papuga & Shaw                        Home Equity Group                              1129 N. Harvey Avenue
120 S. Lasalle St., Suite 1500               1 Home Campus X2303-01A                        Oak Park, IL 60302-1139
Chicago, IL 60603-3572                       Des Moines, IA 50328-0001


Patrick S Layng                              Richard G. Fonfrias                            Tom Vaughn
Office of the U.S. Trustee, Region 11        Fonfrias Law Group, LLC.                       55 E. Monroe Street, Suite 3850
219 S Dearborn St                            70 West Madison Suite 1400                     Chicago, IL 60603-5764
Room 873                                     Chicago, IL 60602-4267
Chicago, IL 60604-2027


Victoria Michelle De La Cruz
1129 N. Harvey Avenue
Oak Park, IL 60302-1139
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC
Purchased From COLLECT AMERICA, LTD
PO BOX 7999
SAINT CLOUD MN 56302-9617
Orig By: PNC BANK
```