# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter  13 |
| | ) | |
| Victoria Michelle De La Cruz, | ) | Case No. 13-00754 |
| And Julio De La Cruz | ) | |
| Debtor(s) | ) | Judge  Jacqueline P. Cox |

## NOTICE OF OBJECTION

To:   *Via Electronic Filing*                                *Via United States Postal Service*
      Tom Vaughn, Ch. 13 Trustee                  Ocwen Loan Servicing, LLC
      Patrick S. Layng, U.S. Trustee              Attn: Bankruptcy Dept.
                                                  Po Box 24605
                                                  West Palm Beach, FL 33416-4605


PLEASE TAKE NOTICE that on July 16, 2018 at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or such other judge as may be sitting instead, Courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and shall then and there present DEBTOR'S OBJECTION TO CLAIM 6-1 FILED BY OCWEN LOAN SERVICING, LLC a copy of which is attached and hereby served upon you. AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD.


By:     /s/Richard G. Fonfrias
                              Debtor's attorney

Fonfrias Law Group, LLC
First National Plaza
70 West Madison Avenue
Suite 1400
Chicago, IL 60602
Richard Fonfrias, J.D. Managing Partner
F: 312-624-7954

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  VICTORIA MICHELLE DE LA CRUZ
        JULIO DE LA CRUZ

CASE NO: 13-00754

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
Judge: Jacqueline P. Cox
Hearing Location: Courtroom 680, Dirksen Federal Building, 219 S.
Dearborn, Chicago Illinois
Hearing Date: July 16, 2018
Hearing Time: 9:00 AM

On 7/5/2018, I did cause a copy of the following documents, described below,

Notice of Objection and Objection to Claim 6-1

Claim 6-1

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/5/2018

/s/ Richard Fonfrias
Richard Fonfrias  6237079

Fonfrias Law Group, LLC
70 West Madison St, Suite 1400
Chicago, IL  60602
312 969 0730

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  VICTORIA MICHELLE DE LA CRUZ
JULIO DE LA CRUZ

CASE NO: 13-00754

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
Judge: Jacqueline P. Cox
Hearing Location: Courtroom 680, Dirksen Federal Building,
219 S. Dearborn, Chicago Illinois
Hearing Date: July 16, 2018
Hearing Time: 9:00 AM

On 7/5/2018, a copy of the following documents, described below,

Notice of Objection and Objection to Claim 6-1

Claim 6-1

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/5/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Richard Fonfrias
Fonfrias Law Group, LLC
70 West Madison St, Suite 1400
Chicago, IL  60602

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

OCWEN LOAN SERVICING, LLC
ATTN: BANKRUPTCY DEPT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter  13 |
| | ) | |
| Victoria Michelle De La Cruz, | ) | Case No. 13-00754 |
| And Julio De La Cruz | ) | |
| Debtor(s) | ) | Judge  Jacqueline P. Cox |

**DEBTOR'S OBJECTION TO CLAIM 6-1 FILED BY OCWEN LOAN SERVICING, LLC**

NOW COME the Debtors, Victoria Michelle De La Cruz and Julio De La Cruz, and for

Objection to Claim 6-1 Filed by Ocwen Loan Servicing, LLC ("Claim") request that this court

disallow the Claim, and in support thereof respectfully state as follows:

1. Debtor filed her voluntary petition for relief under Chapter 13 of the Bankruptcy

    Code on January 9, 2013.

2. Ocwen Loan Servicing filed the attached unsecured claim in the amount of

    $419,473.91 on October 20, 2017.

3. The claims bar date for unsecured creditors was June 10, 2013.

4. Since the bar date had passed prior to the date the claim was filed, the claim should

    be disallowed.

WHEREFORE, Debtor respectfully requests that this Court disallow Claim 6-1 filed by

Ocwen Loan Servicing, LLC, and for any other relief the Court deems fair and just.

Respectfully submitted,
/s/ Richard G. Fonfrias
Attorney for Debtor

Richard G. Fonfrias #6237079
Fonfrias Law Group, LLC.
70 West Madison, Suite 1400
Chicago, IL 60602
(312) 969-0730