UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 13-00754
Victoria Michelle De La Cruz )
Julio De La Cruz )
 ) Chapter: 13
 )
 ) Honorable Jacqueline Cox
 )
Debtor(s) )

## ORDER MODIFYING PLAN

This cause coming to be heard on the Motion of the Debtors for entry of an Order Modifying Debtors' Chapter 13 Plan of reorganization, due Notice having been given and the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED

A. That the Debtors' Chapter 13 Plan is modified surrendering the property commonly known as 1129 North Harvey Ave, Oak Park, IL 60302. ~~in satisfaction of the secured claim owed to U.S. Bank~~ \Cox

B. That the Debtors' Chapter 13 Plan is further modified to remove any remaining arrears owed U.S. Bank,

C. That the dividend paid to unsecured creditors is increased to 2%

D. All other Plan terms including the base amount shall remain unchanged;

E. Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:

Jacqueline P. Cox
J. Cox
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 12-3-18

Prepared by:
Fonfrias Law Group, LLC
70 West Madison Avenue
Suite 1400
Chicago, IL 60602
P: 312-969-0730
F: 312-624-7954

Rev: 20170105_bko