UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

RE: VICTORIA MICHELLE DELACRUZ, ) Case No.  13 B 00754
    JULIO DELACRUZ, )
                                       ) Chapter 13
                        Debtor(s) ) Judge:   JACQUELINE P COX

## NOTICE OF MOTION

TO: Victoria Michelle DeLaCruz & Julio DeLaCruz    Fonfrias Law Group LLC
       1129 N. Harvey Ave.                              via Clerk's ECF noticing procedures
       Oak Park, IL  60302

Please take notice that on the 7th day of January 2019 at 9:00 a.m., I or my designee will appear before the Honorable Judge JACQUELINE P COX in Courtroom 680, 219 S. Dearborn St., Chicago, Illinois, and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 55 E. Monroe St., Chicago, IL on December 20, 2018.

                                                                   /s/ Tom Vaughn

## TRUSTEE'S MOTION TO OBJECT TO DISCHARGE

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to enter an order determining that debtor is not entitled to a discharge, stating as follows:

1. Debtor (s) filed the above- captioned Chapter 13 case on January 9, 2013.

2. The plan was confirmed on September 9, 2013.

3. The debtor filed a previous Chapter 7 case, #10 B 53374 filed on November 30, 2010, discharge issue on April 4, 2011.

4. Pursuant to 11 U.S.C. Section 1328(f), "the court shall not grant a discharge of all debts provided for in the plan or disallowed under section 502, if the debtor received a discharge--
    (1) in a case filed under chapter 7,11, or 12 of this title during the 4-year period preceding the date of the order for relief under this chapter, or
    (2) in a case filed under chapter 13 of this title during the 2-year period preceding the date of such order."

Wherefore Trustee prays that the Court enter an order that the debtor or debtors are not entitled to a discharge.

                                                       Respectfully submitted,
                                                       /s/ Tom Vaughn

Tom Vaughn
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL  60603
(312) 294-5900