Form G5 (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 13-00754
)
VICTORIA MICHELLE DELACRUZ, ) Chapter: 13
JULIO DELACRUZ )
) Honorable Jacqueline Cox
)
Debtor(s) )

**ORDER DETERMINING THAT DEBTOR IS NOT ENTITLED TO A DISCHARGE**

This matter coming before the court on the motion of Tom Vaughn, Chapter 13 Trustee, to determine that debtor is not entitled to a discharge, proper notice having been given, and the court being fully advised in the premises,

It is hereby ordered that, pursuant to 11 U.S.C. Section 1328 (f), the following debtor or debtors are not entitled to a discharge in this case:

VICTORIA MICHELLE DELACRUZ and
JULIO DELACRUZ

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: JAN 28 2019

**Prepared by:**
Tom Vaughn
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900