IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS; EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| Victoria Michelle De La Cruz, | ) | Case No. 13-00754 |
| And Julio De La Cruz | ) | |
| | ) | |
| Debtor(s) | ) | Judge Jacqueline P. Cox |

### AFFIDAVIT BY DEBTOR(S)

The Debtor(s) in this case hereby declare(s) and affirm(s) as follows:

Dear Judge Cox,

We are writing this affidavit to clear up the confusion surrounding the statements made by Julio De La Cruz at the last court hearing. Attorney Richard Fonfrias has helped us immeasurably and we believe that he has earned 100 percent of the fees we have paid. Thanks to him we have a discharge under Chapter 7, entered in 2011. We further believe that a refund of our legal fees is not warranted.

We want to communicate to the court that Attorney Richard Fonfrias has been honest and transparent representing us. He abides by his written agreements and verbal representations with integrity. His responses to our written questions are timely.

Richard explained to us that our Chapter 7 discharged our mortgage liabilities on both the primary and secondary mortgage promissory notes. Further, that the banks will not come after us for any liability. Julio misunderstood this fact before his last court appearance. Richard also advised that chapter 7 does not strip mortgage liens. We filed Chapter13 to keep the home, but this will not be possible due the fact that the mortgage notes are higher than the value of the property. We are surrendering the home.

By signing this affidavit, I swear under penalty of perjury, that the foregoing statements are true, accurate and complete to the best of my knowledge, information, and belief.

Date: 2/15/2019        Signature: _Julio De La Cruz_

Debtor's name: JULIO DE LA CRUZ

Date: 2/15/2019        Signature: _Victoria DLaC_

Debtor's name: Victoria De La Cruz